**United States Bankruptcy Court**
**Central District of California, San Fernando Valley Division**

IN RE:                                                          Case No. _____
**Standard Price Moving Company Inc.**                          Chapter    **7**
           Debtor(s)

# CORPORATE OWNERSHIP STATEMENT

Pursuant to Bankruptcy Rules 1007(a) and Bankruptcy Rule 7007.1, and Local Rules 1007-1, 2003-2, 7007.1-1 and 9014-1(B),

_____Standard Price Moving Company Inc._____, a
[Name of Corporate Party]

(check one):

[X] Corporate Debtor

[ ] Party to an adversary proceeding

[ ] Party to a contested matter

[ ] Member of committee of creditors

makes the following disclosure(s):

**All** corporations, other than a governmental unit, that directly **or indirectly** own ten percent (10%) or more of any class of the corporation's equity interests are listed below:

_____
_____
_____
_____

**OR**

[X]    There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

Dated this **3rd** day of **July**, **2023**.

                                                  */s/ Roland Kedikian*
                                                  Attorney Name, OBA #**193164**
                                                  [Address/Telephone/Fax/Email]
                                                  **Roland Kedikian**
                                                  **220 S Kenwood St # 310**
                                                  **Glendale, CA  91205-1671**
                                                  **Phone: (818) 409-8911  Fax: (818) 671-3207**
                                                  **roland@kedikian.com**
                                                  Attorney for **Standard Price Moving Company Inc.**